United States District Court
Eastern District of Tennessee

**FILED** 2005 AUG 19 P 1: 16
U.S. DISTRICT COURT
EASTERN DIST. TENN.
BY_ _ _____ CLERK

| United States of America | ) | |
|---|---|---|
| | ) | District Court Case No. 4:05-CR-16 |
| vs. | ) | |
| Coralette M. Gordon | ) | |

# MEMORANDUM AND ORDER

This action came to the attention of the undersigned on Friday, August 19, 2005, through a case conference with U. S. Pretrial Services Officer, Mary Ann Zwicknagel, recommending the defendant's pretrial conditions of release be modified pending sentencing in this matter.

Having reviewed the case material and considered the matter, the previous Order setting the defendant's conditions of release is **MODIFIED** as follows:

**Effective Tuesday, August 23, 2005, the defendant shall be removed from the Salvation Army Halfway House and will reside with her sister, Angela Baker, at: 500 Swanson Blvd., Fayetteville, Tennessee 37334. Her phone number will be 931-438-8891. Additionally, Ms. Gordon will be placed on Home Confinement with Electronic Monitoring at this residence.**

All of the other conditions of release from custody as set forth in the court's Order Setting Conditions of Release of June 30, 2005, remain in full force and effect.

**SO ORDERED.**

**ENTER.**

**August 19, 2005**

Honorable Susan K. Lee
United States Magistrate Judge